**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chase W. Settles, | Case No.  2:26-cv-01352-MTM |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| CW Recycling L.L.C., an Arizona limited liability company; and Christopher C. Wolfe and Desiree Wolfe, a married couple, | (Hon. Michael T. Morrissey) |
| Defendants. | |

Jeffrey Silence and Trevor Cook notice their entry of appearance as counsel for Defendants. Their contact information is as follows:

**Silence Law Group**
20235 N. Cave Creek Rd. Ste. 104 # 460
Phoenix, AZ 85024
Jeffrey Silence
jeff@silencelaw.com
602-932-8358
Trevor Cook
trevor@silencelaw.com
602-932-5868

DATED this 17th day of March, 2026.

SILENCE LAW GROUP

SILENCE LAW GROUP

**Silence Law Group PLLC**


*/s/ Trevor Cook*
Jeffrey Silence
Trevor Cook

*Attorneys for Defendants*