**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chase W. Settles, | Case No.  2:26-cv-01352-MTM |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND** (First Request) |
| CW Recycling L.L.C., an Arizona limited liability company; and Christopher C. Wolfe and Desiree Wolfe, a married couple, | (Hon. Michael T. Morrissey) |
| Defendants. | |

The Parties stipulate to extend the deadline to respond to Plaintiff's Complaint from Wednesday, March 25, 2026, to Monday, April 27, 2026, and request that the Court enter an order effecting the requested extension. A proposed order is attached. The Parties seek to use the extra time to work toward early settlement.

DATED this 17th day of March, 2026.

**Bendau & Bendau PLLC**                    **Silence Law Group PLLC**
P.O. Box 97066
Phoenix, AZ 85060
480-382-5176
Clifford P. Bendau, II

*s/ Clifford P. Bendau II*                    *s/ Trevor Cook*
(with permission)                              Jeffrey Silence
Clifford P. Bendau, II                          Trevor Cook
*Attorney for Plaintiff*                        *Attorneys for Defendants*

SILENCE LAW GROUP