**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Chase W. Settles, | Case No.  2:26-cv-01352-MTM |
| Plaintiff, | |
| v. | **ORDER EXTENDING TIME TO RESPOND** |
| CW Recycling L.L.C., an Arizona limited liability company; and Christopher C. Wolfe and Desiree Wolfe, a married couple, | (Hon. Michael T. Morrissey) |
| Defendants. | |

The Court has reviewed the Parties' Stipulation for Extension of Time to Respond, and, good cause appearing,

**IT IS ORDERED** extending Defendants' time to answer Plaintiff's Complaint to Monday, April 27, 2026. Defendants must file and serve their responsive pleading on or before that date.