# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Chase W. Settles,<br><br>        Plaintiff,<br><br>    v.<br><br>CW Recycling LLC, et. al.,<br><br>        Defendants. | Case No.  CV-26-01352-PHX-MTM<br><br>**ORDER** |

The Court has reviewed the Stipulation for Extension of Time to Respond (Doc. 6), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 6),

**IT IS FURTHER ORDERED** that Defendants' file their Answer or otherwise respond to Plaintiff's Complaint on or before Monday, April 27, 2026.

Dated this 18th day of March, 2026.

Honorable Michael T. Morrissey
United States Magistrate Judge