AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Christopher C. Wolfe
was received by LegalServe on *(date)*   February 28, 2026

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*   Desiree Wolfe

a person of suitable age and discretion who resides there,

472 N. Hilton Rd., Apache Junction, AZ 85119        on *(date)*   March 4, 2026 at 3:58 pm        ; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of _____

_____ on *(date)* _____ ;or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    March 4, 2026

_____
*Server's signature*

Mark Hepp (MC 7803)/ LegalServe
_____
*Printed name and title*

1040 W. Juanita Avenue, Gilbert, AZ 85233
_____
*address*

Additional information regarding service, etc:

Documents served along with SUMMONS: LETTER; VERIFIED COMPLAINT; CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FORM WITH INSTRUCTIONS.