**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Chase W. Settles**, | No. 2:26-cv-01352-MTM |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| **CW Recycling L.L.C..**, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Chase W. Settles, by and through undersigned counsel, gives notice of voluntarily dismissing this action in its entirety, with prejudice, each side to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 9th Day of April, 2026.

BENDAU & BENDAU PLLC


/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiff

BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, AZ 85060